Cody Ray Leveke #176402
Polk County Jail
1985 NE 51st Pl
Des Moines, IA 50309

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CODY RAY LEVEKE

vs PLANTIFF

KEVIN SCHNIEDER
POLK COUNTY SHERIFF

DEFENDANT

CASE NO: _____

COMPLAINT PURSUANT TO 42 USC §1983 ALLEGATIONS OF CRIMINAL TORTURE PLANTIFF IN DANGER OF IMMINENT PHYSICAL HARM

Comes Now, CODY RAY LEVEKE submits this claim pursuant to 42 USC §1983. Plantiff is being tortured by Defendant Plantiff is in imminent danger of Physical Harm.

1. Plantiff is housed in SHU (special housing unit) of Polk County Jail with many mentally ill inmates who make constant constant noise, and make it impossible for plantiff to sleep.

2. Plantiff has been held in SHU, solitary confinement for over 11 months, Defendant ignores requests to move Plantiff

3. Plantiff, in order to remedy the noise plans on committing suicide by hanging himself with rope made of bedsheets

4. This type of torture is not constitutional, barred by 8th amendment to US Constitution

5. Plantiff demands the following relief
   1) declaratory judgement stating the Defendant actions are illegal
   2) Monetary Damages to compensate plantiff for pain and suffering that are just and proper
   3) An order releasing the plantiff from this illegal confinement immediately
   4) The court to enter an injunction against defendant barring future torture

Respectfully Submitted By: _____ CODY RAY LEVEKE
                                      PRO-SE PATRIOT

Levere, Cody Sharp

**Polk County Jail**
**1985 NE 51st Place**
**Des Moines, IA 50313-2517**

RECEIVED
JAN 11 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Hasler
US POSTAGE $000.55⁰
ZIP 50309
011E12651300

Judge John Jarvey
123 E. Walnut St.
Des Moines, IA 50309

EMERGENCY
INMATE IN DANGER OF IMMINENT PHYSICAL HARM

TORTURE
INMATE BEING TORTURED

CLEARED

50309$2035